# UNITED STATES DISTRICT COURT

for the

3:21-MJ-154-BH

## Eastern District of Louisiana

2021 FEB -8 PM 3: 38

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mark Johnson Case Number: 053L 2:08CR00076-001 "B"

**Name of Sentencing Judicial Officer:** Honorable Ivan L.R. Lemelle, Senior United States District Judge

**Date of Sentence:** October 29, 2008

**Offense:** Count 1: 18 U.S.C. § 2113(a)(d)-Attempted Bank Robbery, a Class B Felony
Count 2: 18 U.S.C. § 924(c)-Brandishing a Firearm in Furtherance of a Crime of Violence, a Class A Felony
Count 3: 18 U.S.C. § 922(g)(1)-Convicted Felon in Possession of a Firearm, a Class C Felony

**Sentence:** Johnson was sentenced to serve 71 months in the custody of the Bureau of Prisons, as to Counts 1 and 3, to be served concurrently, and 84 months in the custody of the Bureau of Prisons, as to Count 2, to be served consecutively to Counts 1 and 3, followed by an five-year term of supervised release, as to Counts 1 and 2, and a three-year term of supervised release, as to Count 3, to be served concurrently. A special assessment fee of $300.00 and restitution in the amount of $4,914.00 were also ordered.

**Special Conditions:**
1. Financial disclosure
2. Financial restriction
3. Drug testing and/or treatment
4. Orientation and life skills
5. DNA collection
6. Pay any restitution imposed in monthly installments of $50.00

**Other Court Action:** On October 5, 2009, Johnson was sentenced to serve 6 months in the custody of the Bureau of Prisons, to be served consecutively to his sentence for 2:08CR00076, after being found to be in direct contempt of the Court.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** September 11, 2020

---

## PETITIONING THE COURT

☐ To issue a warrant ☐ To issue a summons

For the arrest of Mark Johnson for alleged violations of supervised release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision.

| Violation Number | Nature of Noncompliance |
|---|---|
| Special Condition No. 3 | Since December 8, 2020, Johnson has failed to report to Responsibility House to commence his substance abuse treatment sessions and take random drug tests. |
| Standard Condition No. 3 | Since December 8, 2020, Johnson has failed to report to U.S. Probation, despite U.S. Probation's extensive attempts via telephone calls, voicemails and text messages to contact him. His whereabouts are currently unknown. |

| | |
|---|---|
| Standard Condition No. 5 | Johnson has been unemployed since his supervision has commenced. |
| Special Condition No. 6 | Johnson has failed to make a court-ordered monthly restitution payment of $50.00 since his supervision has commenced. |
| Standard Condition No. 1 | On January 30, 2021, it was discovered that Johnson left the judicial district without the permission of U.S. Probation, when U.S. Probation received notification that Johnson was arrested by personnel of the Dallas Police Department, in Dallas, Texas. |
| Mandatory Condition | On January 30, 2021, Johnson was arrested by personnel of the Dallas Police Department for Assault Causes Bodily Injury Family Member, Criminal Mischief $100 to $750, and Possession of Marijuana. His case remains pending with Dallas Criminal County Court One and Dallas Criminal County Court Two. |
| Standard Condition No. 11 | On February 2, 2021, Johnson was released on a bond, after being arrested by personnel of the Dallas Police Department for Assault Causes Bodily Injury Family Member, Criminal Mischief, and Possession of Marijuana. Johnson failed to report this law enforcement contact to U.S. Probation. |

CUSTODIAL STATUS: Mark Johnson is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 3, 2021



Smith, Meghan K.
Senior U. S. Probation Officer
(504) 589-3223(o) or (504) 570-9724
Date: February 1, 2021

REVIEWED BY:

Dixon, Kenny
Supervising U. S. Probation Officer
Date: February 1, 2021

Address of Offender: 1009 Wilber Court
Terrytown, LA 70056

Prob 12C
(Rev. 12/16)

PACTS #: 10469

# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF LOUISIANA

United States

vs.

Mark Johnson

Docket No. 053L 2:08CR00076-001 "B"

The Honorable Ivan L.R. Lemelle, Senior United States District Judge

Considering the foregoing petition of the United States Probation Office, the Court orders:

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Upon the defendant's arrest, the Court will be notified and a revocation hearing will be scheduled.

Signature of Judicial Officer

2/5/21

Date

**THE CLERK IS DIRECTED TO DISTRIBUTE COPIES OF THE PETITION AND THIS ORDER TO THE FOLLOWING ONLY:**

| | | |
|---|---|---|
| Original | - | Clerk's Office |
| 1 Copy Certified | - | U.S. Attorney |
| 1 Copy Certified | - | U.S. Marshal's Office |
| 2 Copies Certified | - | U.S. Probation Office |

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

CLERK'S OFFICE
A TRUE COPY
Feb 08 2021
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA